No. 05–578. GILLIGAN ET AL. *v.* MEDTRONIC, INC. C. A. 6th Cir. Certiorari denied.

No. 05–580. GARRISH ET AL. *v.* UAW INTERNATIONAL UNION ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–581. GERMENJI ET AL. *v.* GONZALES, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 05–590. ASTER *v.* ASTER. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 05–592. STEBNER *v.* STEWART & STEVENSON SERVICES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–597. RAMSEUR *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 05–598. RUSS ET AL. *v.* WATTS ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–601. BUTLER COUNTY FAMILY YMCA *v.* HUGH. C. A. 3d Cir. Certiorari denied.

No. 05–609. VERSHISH *v.* UNITED STATES PAROLE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–619. GEORGE ET UX. *v.* CITY OF MORRO BAY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 05–620. FAJARDO-HERNANDEZ *v.* GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 05–622. HALL *v.* NIX ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–624. HANA *v.* GONZALES, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 05–632. LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT ET AL. *v.* DOE ET AL. C. A. 6th Cir. Certiorari denied.